United States District Court
Southern District of Texas
**ENTERED**
January 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN ALLEN RUBIO, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 18-CV-88 |
| | § | |
| LORIE DAVIS, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

Petitioner John Allen Rubio has filed an unopposed motion for an extension of time to amend his federal habeas petition. (Docket Entry No. 22). The Court **GRANTS** Rubio's motion. Rubio's amended petition is due on or before **February 18, 2020.**

Signed on this 13th day of January, 2020.

_____
Rolando Olvera
United States District Judge